IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-00380-ZLW-KMT

PRUDENCIA MALDONADO, a/k/a PRUDENCIA MALDONADO CHAVARRIA as surviving spouse of ISABEL CHAIREZ, a/k/a ISABEL GALLEGOS-CHAIREZ, a/k/a ISABEL CHAIREZ GALLEGOS, a/k/a JOSE ISABEL CHAIREZ,
JULIO CHAIREZ, a/k/a JULIO CHAIREZ MALDONADO,
ELIZABETH CHAIREZ, a/k/a ELIZABETH CHAIREZ MALDONADO, a/k/a ELIZABETH GARCIA,
ANGELICA CHAIREZ, a/k/a ANGELICA CHAIREZ MALDONADO,
JOSE ISABEL CHAIREZ, a/k/a JOSE ISABEL CHAIREZ MALDONADO, and
ALFREDO CHAIREZ, a/k/a ALFREDO CHAIREZ MALDONADO as surviving children of ISABEL CHAIREZ, and ELIZABETH CHAIREZ a/k/a ELIZABETH CHAIREZ MALDONADO, a/k/a ELIZABETH GARCIA, and DGC, a minor, by and through her mother and natural guardian, Elizabeth Chairez Maldonado, a/k/a Elizabeth Garcia,

  Plaintiffs,

v.

MORHLAND MFG., INC., a Colorado Corporation;
MOHRLANG HOLDINGS LLC, d/b/a MMI INTERNATIONAL LLC, a Delaware limited liability company; and
MOHRLANG HOLDINGS LLC, a Colorado limited liability company,

  Defendants.

## ORDER

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this 8th day of March, 2010.

                        BY THE COURT:

                        _____
                        ZITA LEESON WEINSHIENK, Senior Judge
                        United States District Court