IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00380–PAB–KMT

PRUDENCIA MALDONADO aka PRUDENCIA MALDONADO CHAVARRIA as surviving spouse of ISABEL CHAIREZ aka ISABEL GALLEGOS-CHAIREZ aka ISABEL CHAIREZ GALLEGOS aka JOSE ISABEL CHAIREZ,
JULIO CHAIREZ aka JULIO CHAIREZ MALDONADO,
ELIZABETH CHAIREZ aka ELIZABETH CHAIREZ MALDONADO aka ELIZABETH GARCIA,
ANGELICA CHAIREZ aka ANGELICA CHAIREZ MALDONADO,
JOSE ISABEL CHAIREZ aka JOSE ISABEL CHAIREZ MALDONADO,
ALFREDO CHAIREZ aka ALFREDO CHAIREZ MALDONADO, as surviving children of ISABEL CHAIREZ,
ELIZABETH CHAIREZ aka ELIZABETH CHAIREZ MALDONADO aka ELIZABETH GARCIA, and
DGC, a minor, by and through her mother and natural guardian, Elizabeth Chairez Maldonado, aka Elizabeth Garcia

     Plaintiffs,

v.

MOHRLANG MFG., INC., a Colorado corporation,
MOHRLANG HOLDINGS LLC dba MMI INTERNATIONAL LLC, a Delaware limited liability company, and
MOHRLANG HOLDINGS LLC, a Colorado limited liability company ,

     Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulated Motion for Protective Order" (Doc. No. 31, filed June 3, 2010) is GRANTED. The Protective Order will be entered.

Dated: June 4, 2010