IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10–cv–00380–PAB–KMT

PRUDENCIA MALDONADO aka PRUDENCIA MALDONADO CHAVARRIA as surviving spouse of ISABEL CHAIREZ aka ISABEL GALLEGOS-CHAIREZ aka ISABEL CHAIREZ GALLEGOS aka JOSE ISABEL CHAIREZ,
JULIO CHAIREZ aka JULIO CHAIREZ MALDONADO,
ELIZABETH CHAIREZ aka ELIZABETH CHAIREZ MALDONADO aka ELIZABETH GARCIA,
ANGELICA CHAIREZ aka ANGELICA CHAIREZ MALDONADO,
JOSE ISABEL CHAIREZ aka JOSE ISABEL CHAIREZ MALDONADO,
ALFREDO CHAIREZ aka ALFREDO CHAIREZ MALDONADO, as surviving children of ISABEL CHAIREZ,
ELIZABETH CHAIREZ aka ELIZABETH CHAIREZ MALDONADO aka ELIZABETH GARCIA, and
DGC, a minor, by and through her mother and natural guardian, Elizabeth Chairez Maldonado, aka Elizabeth Garcia

    Plaintiffs,

v.

MOHRLANG MFG., INC., a Colorado corporation,
MOHRLANG HOLDINGS LLC dba MMI INTERNATIONAL LLC, a Delaware limited liability company, and
MOHRLANG HOLDINGS LLC, a Colorado limited liability company ,

    Defendants.

## STIPULATED PROTECTIVE ORDER

    Upon consideration of the parties' Stipulated Protective Order concerning certain confidential information and documents to be disclosed during discovery, and it appearing to the Court that sufficient cause exists for the issuance of the Order, IT IS ORDERED as follows:

    1.    This Protective Order shall apply to all documents, materials, and information,

including without limitation, documents produced, answers to interrogatories, responses to requests for admission, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure.

2. As used in this Protective Order, "document" is defined as provided in F.R.C.P. 34(a)(1). A draft or non-identical copy is a separate document within the meaning of this term.

3. Information designated "CONFIDENTIAL" may include: (a) personnel records of current or former employees of Defendant, (b) Defendant's trade secrets and commercial or financial information that is either privileged or confidential; and (c) financial, tax or related information.

4. CONFIDENTIAL documents, materials and/or information (collectively "CONFIDENTIAL information") shall not, without the consent of the party producing it or further Order of the Court, be disclosed *except* that such information may be disclosed, solely for the purposes of this case, to : attorneys actively working on this case; persons regularly employed or associated with the attorneys actively working on the case whose assistance is required by said attorneys in the preparation for trial, at trial, or at other proceedings in this case; the parties, including the designated representatives for Defendants; expert witnesses and consultants retained in connection with this proceeding, to the extent such disclosure is necessary for preparation, trial or other proceedings in this case; the Court and its employees ("Court Personnel"); stenographic reporters who are engaged in proceedings necessarily incident to the conduct of this action; deponents, witnesses, or potential witnesses; at trial, or at any appeal of other court proceeding in this case; and to other persons by written agreement of the parties.

5. Prior to disclosing any CONFIDENTIAL information to any person listed above (other than counsel, persons employed by counsel, Court Personnel and stenographic reporters), counsel shall advise the person to whom disclosure is made regarding the terms of this Protective Order and provide such person with a copy of this Protective Order. For all such persons, counsel shall obtain from such persons a written acknowledgment stating that he or she has read this Protective Order and agrees to be bound by its provisions. All such acknowledgments shall be retained by counsel and shall be subject to *in camera* review by the Court if good cause for review is demonstrated by opposing counsel.

6. Documents are designated as CONFIDENTIAL by placing or affixing on them the following notice: "CONFIDENTIAL."

7. Before any information is designated "CONFIDENTIAL" , counsel of record for the designating party must first review the information and make a determination, in good faith, that the documents and/or information are confidential or otherwise entitled to protection under Fed.R.Civ. P. 26(c).

8. Whenever a deposition involves the disclosure of CONFIDENTIAL information, the Deposition or portions thereof shall be designated as CONFIDENTIAL and shall be subject to the provisions of this Protective Order. Such designation shall be made on the record during the deposition whenever possible, but a party may designate portions of depositions as CONFIDENTIAL after transcription, provided written notice of the designation is promptly given to all counsel of record within thirty days after notice by the court reporter of the completion of the transcript.

9. A party may object to the designation of particular CONFIDENTIAL information by giving written notice to the party designating the disputed information. The written notice shall identify the information to which objection is made. If the parties cannot resolve the objection within ten (10) business days after the time the notice is received, it shall be the obligation of the party designating the information as CONFIDENTIAL to file an appropriate motion requesting that the Court determine whether the disputed information should be subject to the terms of this Protective Order.

10. With respect to CONFIDENTIAL information filed with the Court, the parties shall follow D.C. Colo. LCivR 7.2.

11. This Protective Order may be modified by the Court at any time for good cause shown following notice to all parties and an opportunity for them to be heard.

Dated this 4th day of June, 2010.

BY THE COURT:

_____
Kathleen M Tafoya
United States Magistrate Judge

AGREED AND APPROVED:

s/Fabio Cabezas                                  s/ Gary L. Palumbo
_____    _____
Fabio Cabezas, Esq.                              Gary L. Palumbo
Federico C. Sayre, Esq.                          Bayer & Carey, PC
Sayre & Levitt, L.L.P.                           1660 Downing Street
900 North Broadway, 7th Floor                    Denver, CO  80218
Santa Ana, CA  92701                             Attorney for Defendant
Attorney for Plaintiffs