IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00380-PAB-KMT

PRUDENCIA MALDONADO, et al.,

    Plaintiffs,

v.

MOHRLANG MFG., INC., et al.,

    Defendants.

---

## ORDER

---

This matter is before the Court on plaintiffs' motion to dismiss Mohrlang Holdings LLC, a Colorado limited liability company, ("the Colorado LLC") as a party to this action without prejudice [Docket No. 24]. The other defendants are Mohrlang Holdings LLC, a Delaware limited liability company, and Mohrlang MFG, Inc., a Colorado corporation. Although plaintiffs contend that the Colorado LLC, has "neither made an appearance nor filed a responsive pleading in this action," Docket No. 24 at 2, they request its dismissal by court order pursuant to Federal Rule of Civil Procedure 41(a)(2). *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (permitting plaintiff to dismiss a party without court order "before the opposing party serves either an answer or a motion for summary judgment"); Fed. R. Civ. P. 41(a)(2) (requiring a court order to dismiss an action when the requirements of Rule 41(a)(1) are not met). Whether the attorney appearing on behalf of the other defendants is also representing the Colorado LLC is not entirely clear. However, none of the defendants have opposed plaintiff's motion to dismiss the Colorado LLC. Therefore, it is

**ORDERED** that plaintiff's motion to dismiss Mohrlang Holdings LLC, a Colorado limited liability company, is GRANTED without prejudice. The only remaining defendants are Mohrlang MFG, Inc., a Colorado corporation, and Mohrlang Holdings LLC, a Delaware limited liability company.

DATED July 6, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge