IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00380-PAB-KMT

PRUDENCIA MALDONADO, et al.,

    Plaintiffs,

v.

MOHRLANG MFG., INC., et al.,

    Defendants.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

THIS MATTER comes before the Court upon plaintiffs' Motion for Dismissal Without Prejudice [Docket No. 48]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the motion for dismissal [Docket No. 48] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED October 13, 2010.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge